# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEE SYKES,

        Plaintiff,

vs.

MICHAEL ANDERSON, et al.,

        Defendants.

Case No. 2:16-cv-00616-GMN-CWH

**ORDER**

      The court has received notification that the mediator assigned to this case will be unable to attend the inmate early mediation conference set for Wednesday, November 9, 2016, at 8:30 a.m. The court therefore will vacate the inmate early mediation conference. The court will issue a separate order rescheduling the inmate early mediation conference. Given the exigency of this order, the court will require the Attorney General's Office to notify Plaintiff by telephone that tomorrow's mediation is cancelled.

      Additionally, the court notes that Plaintiff's contact information on the court's docket is not current. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

LR IA 3-1; *see also* LSR 2-2 (stating that a plaintiff "must immediately file with the court written notification of change of address" with proof of service on each opposing party or attorney and that failure to do so "may result in dismissal of the action with prejudice.") The court therefore will require Plaintiff to file written notification of his current contact information within 30 days from

1 the date of this order.  Plaintiff is advised that failure to comply with this order may result in the
2 dismissal of this case.
3   IT IS THEREFORE ORDERED that the inmate early mediation conference set for
4 Wednesday, November 9, 2016, at 8:30 a.m. is VACATED.  The court will enter a separate order
5 rescheduling the mediation conference.
6   IT IS FURTHER ORDERED that the Attorney General's Office must notify Plaintiff by
7 telephone of the cancellation of the inmate early mediation conference.
8   IT IS FURTHER ORDERED that Plaintiff must file written notification of his change of
9 contact information within 30 days from the date of this order.

  DATED: November 8, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**