ADAM PAUL LAXALT
Nevada Attorney General
HEATHER B. ZANA
Deputy Attorney General
Nevada Bar No. 8734
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants*
*Michael Anderson, Keith McKeehan,*
*Dwight Neven, Jennifer Nash and Kyle Ziemann*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEE SYKES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDERSON, et al.,<br><br>　　　　Defendants. | Case No. 2:16-CV-00616-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, appearing in proper person, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

**SO STIPULATED:**

DATED this 9th day of December, 2016

By: /s/ Lee Sykes
LEE SYKES
Plaintiff

DATED this 15th day of December, 2016
ADAM PAUL LAXALT
Attorney General

By: /s/ Heather B. Zana
HEATHER B. ZANA
Deputy Attorney General
Attorneys for Defendant

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this __16__ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717